# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff/Garnishor, | ) |
| | ) |
| vs. | )   Case No. CR-00-83-M |
| | ) |
| SHARINE ANN TATE, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| AMROX, INC., and its successors or assigns, | ) |
| | ) |
| Garnishee. | ) |

## ORDER

On March 10, 2009, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action for post-judgment garnishment proceedings consistent with 28 U.S.C. § 636(b)(3). Pursuant to 28 U.S.C. § 3205(c)(7), the Magistrate Judge recommends that an order be entered directing the Garnishee as to the disposition of the judgment debtor's non-exempt interest in the garnished property. The parties were advised of their right to object to the Report and Recommendation by March 30, 2009. A review of the file reveals no objection has been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on March 10, 2009; and

(2) PERMITS the government to garnish defendant's non-exempt monies and property withheld or obtained in the future under the continuing Writ of Garnishment.

**IT IS SO ORDERED this 7th day of April, 2009.**

*[signed]*
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE